IN THE SUPREME COURT OF THE STATE OF NEVADA

TYLER T. ANGUS,
                    Appellant,
            vs.
KELSEY T. ANGUS,
                    Respondent.

No. 83795

**FILED**

JAN 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Bridget E. Robb, District Judge
       Hon. Bridget E. Robb, District Judge, Family Court Division
       Attorney Marilyn D. York, Inc.
       Kelsey T. Angus
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-01916